IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-01274-REB-BNB

SUE POWELL-KINCAID,

Plaintiff,

v.

GROUP VOYAGERS, INC.
GLOBUS TRAVEL SERVICES, S.A.,
TOURAMA LIMITED,
SANTA LUCIA TAXI COMPANY,
MARISSA DOE,
and JOHN DOE,

Defendants.
_____

## ORDER
_____

I am informed that this case has been resolved. Accordingly,

IT IS ORDERED that on or before **October 2, 2007**, the parties shall file a stipulation or motion to dismiss with prejudice, pursuant to Fed. R. Civ. P. 41(a).

Dated September 18, 2007.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge