IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Action No. 07-cv-01274-REB-BNB

SUE POWELL-KINCAID,

    Plaintiff,

v.

GROUP VOYAGERS, INC.,
GLOBUS TRAVEL SERVICES, S.A.,
TOURAMA LIMITED,
SANTA LUCIA TAXI COMPANY,
MARISSA DOE, and
JOHN DOE,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter comes before the court on the **Stipulation of Dismissal Pursuant To Rule 41(a)(1)** [#27], filed October 2, 2007. After careful review of the stipulation and the file, the court has concluded that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation of Dismissal Pursuant To Rule 41(a)(1)** [#27], filed October 2, 2007, is **APPROVED**;

2. That the Trial Preparation Conference set for September 5, 2008, is **VACATED**;

2

    3.  That the jury trial set to commence September 22, 2008, is **VACATED**; and

    4.  That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated October 2, 2007, at Denver, Colorado.

                                      **BY THE COURT:**

                                      **s/ Robert E. Blackburn**
                                      **Robert E. Blackburn**
                                      **United States District Judge**